IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONELL HATCHER,<br><br>             Plaintiff,<br><br>   v.<br><br>RANDY S. POLLOCK, et al.,<br><br>             Defendants.                         / | No. C 12-00210 SBA (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

   On January 12, 2012, Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983.  On that same date the Clerk of the Court sent a notice to Plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application.  The Clerk sent Plaintiff a blank in forma pauperis application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed.  More than thirty days have passed and Plaintiff has not paid the filing fee, returned the in forma pauperis application or otherwise communicated with the Court.

   Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case.  The Clerk of the Court shall close the file.

   IT IS SO ORDERED.

DATED:  3/13/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.12\Hatcher0210.DISIFP.frm

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DONELL HATCHER,

        Plaintiff,

  v.

RANDY S. POLLOCK et al,

        Defendant.

Case Number: CV12-00210 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 15, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donell Hatcher 86714-011
United States Penitentiary
3901 Klein Road
Lompac, CA 93436

Dated: March 15, 2012

                Richard W. Wieking, Clerk
                By: Lisa Clark, Deputy Clerk